■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARROLL ROBINSON, Appellant. [675 NYS2d 26] —Judgment, Supreme Court, New York County (Alfred Donati, J.), rendered May 25, 1995, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 7½ to 15 years, unanimously affirmed.

The trial court properly denied defendant's motion to dismiss on speedy trial grounds since the People did not exceed the six-month statutory limit. The sole interval at issue is the 28-day period from January 10, 1995 to February 7, 1995. Even assuming, arguendo, that the People were not ready on January 10th, their submission of a certificate of readiness on January 13th tolled the "speedy trial clock" from the date of filing until the next adjourned date, which was February 7th (*People v Stirrup*, 91 NY2d 434). It is undisputed that once this period is excluded, the total amount of includable delay does not reach the statutory limit.

We perceive no abuse of sentencing discretion. Concur—Milonas, J. P., Ellerin, Williams, Tom and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE DOBBINSON, Appellant. [672 NYS2d 733] —Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered May 31, 1995, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

The challenged portions of the prosecutor's summation are for the most part directly responsive to counsel's attack on the credibility of the police and civilian witnesses, and there was no pattern of inflammatory remarks or egregious conduct warranting reversal (*see, People v D'Alessandro*, 184 AD2d 114, *lv denied* 81 NY2d 884). In any event, the prosecutor's summation could not have deprived defendant of a fair trial in light of the overwhelming direct and circumstantial evidence of guilt. Concur—Milonas, J. P., Ellerin, Williams, Tom and Mazzarelli, JJ.